IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER LYNN MARSHALL,<br><br>Defendant. | CR 18–4–BU–DLC<br><br>ORDER |

The Judgment in a Criminal Case filed November 14, 2018 includes a clerical error. Page 1 of the Judgment includes Count 4, as well as Counts 1 and 5, among the sentenced offenses. Count 4 should not be listed in this section. Accordingly, IT IS ORDERED that a corrected judgment for JENNIFER LYNN MARSHALL shall be prepared, pursuant to Federal Rules of Criminal Procedure 36, to correct this error.

DATED this 15th day of November, 2018.

Dana L. Christensen, Chief Judge
United States District Court